1  ANDRÉ BIROTTE JR.
United States Attorney
2  ROBERT E. DUDGALE
Assistant United States Attorney
3  Chief, Criminal Division
MARK C. KRAUSE (SBN 198142)
4  Assistant United States Attorney
Deputy Chief, Cyber and Intellectual
5  Property Crimes Section
JENNIFER L. WILLIAMS (SBN 268782)
6  Assistant United States Attorney
       1200 United States Courthouse
7       312 North Spring Street
       Los Angeles, California 90012
8       Telephone: (213) 894-3493/5862
       Facsimile: (213) 894-8601/0142
9       email: mark.krause@usdoj.gov
              jennifer.williams6@usdoj.gov
10
Attorneys for Plaintiff
11 United States of America

12              UNITED STATES DISTRICT COURT

13          FOR THE CENTRAL DISTRICT OF CALIFORNIA

14 UNITED STATES OF AMERICA,        )   No. CR 10-743-GHK
                                    )
15              Plaintiff,          )   JOINT REPORT REGARDING
                                    )   DISCOVERY AND OTHER ISSUES
16              v.                  )
                                    )
17 LUIS MIJANGOS,                   )   Trial Date: August 17, 2010
                                    )   Trial Time: 8:30 a.m.
18              Defendant.          )   Place: Courtroom of the
                                    )          Hon. George H. King
19                                  )

20

21       Pursuant to the Court's Discovery Order, the parties met and

22 conferred on August 28, 2010.[1]  The United States was represented

23 by Assistant United States Attorney Mark C. Krause.  Defendant

24 Luis Mijangos was represented by Deputy Federal Public Defender

25 Sylvia Torres-Guillen, Esq.

26 _____

27       [1] The parties were unable to conduct the meet and confer
   earlier in light of defense counsel's trial schedule.  Defense
28 counsel was in trial before the Hon. Terry J. Hatter during the
   week of July 19, 2010

I.   STATUS OF DISCOVERY

     The parties hereby report that the status of discovery is as follows:

     1.   Written or Recorded Statements by Defendant

     The government is producing, during the week of this filing, a recording of an interview of defendant conducted by the Federal Bureau of Investigation.

     2.   Results of Physical or Mental Examinations, Scientific Tests or Experiments

     The government has produced a report of an analysis, conducted during this investigation, of malicious software or malware that defendant is alleged to have used in committing the charged offenses.   The government has also produced documents recovered during a forensic examination of defendant's computers.

     3.   Recorded Testimony of Defendant Before Grand Jury

     Defendant did not testify before the Grand Jury.

     4.   Books, Papers, Documents, Tangible Objects, etc.

     The government has produced approximately 4,000 pages of discovery, including copies of items recovered from defendant's residence and printouts of documents recovered from defendant's computers.   The government has made available to defendant forensic copies of the digital evidence seized from defendant. Because the digital evidence contains virulent malicious software and child pornography, the government is making those forensic copies available for review to counsel or a defense expert at government facilities.

5.    Defendant's Prior Criminal Record

Defendant has no known criminal record.  If the government learns of prior convictions, it will supplement its disclosure.

6.    Brady Material

To the extent that it exists, the government believes that any material that is exculpatory to the defendant has already been provided to defendant.  The government will promptly provide any exculpatory material to defendant if the government becomes aware of the existence of this type of material.

7.    Evidence Obtained as Result of Government Electronic Surveillance

The government did not engage in electronic surveillance of defendant or use a wiretap.

8.    Informer Testimony

At this time, the government does not intend to use the testimony of an informer.

9.    Statements or Confessions

The government has produced a recording of the interview that the government intends to introduce at trial.

10.    Witness Statements

The government has agreed to disclose to defense counsel all material subject to 18 U.S.C. § 3500 and has produced reports and

1  summaries of those statements.  If and when additional reports
2  and summaries are prepared, they will be produced.
3       11.  Contested Matters of Discovery and Inspection
4       The parties do not anticipate any disputes regarding the
5  disclosures required under the Court's discovery order.  The
6  parties will notify the Court if discovery disputes arise
7  regarding disclosures outside the scope of the Court's discovery
8  order.
9  Dated: August ___, 2010          Respectfully submitted,

10                                   ANDRÉ BIROTTE JR.
11                                   United States Attorney

12                                   ROBERT E. DUGDALE
                                     Assistant United States Attorney
13                                   Chief, Criminal Division

14
                                     _____
15                                   MARK C. KRAUSE
                                     Assistant United States Attorney
16
                                     Attorneys for Plaintiff
17                                   United States of America

18  Dated: August ___, 2010
19

20
                                     _____
21                                   SYLVIA TORRES-GUILLEN
                                     Deputy Federal Public Defender
22
                                     Attorney for Defendant
23                                   LUIS MIJANGOS

24

25

26

27

28

                                  4

1   summaries of those statements.  If and when additional reports
2   and summaries are prepared, they will be produced.
3         11.   Contested Matters of Discovery and Inspection
4         The parties do not anticipate any disputes regarding the
5   disclosures required under the Court's discovery order.  The
6   parties will notify the Court if discovery disputes arise
7   regarding disclosures outside the scope of the Court's discovery
8   order.
9   Dated: August ____, 2010          Respectfully submitted,
10                                     ANDRÉ BIROTTE JR.
11                                     United States Attorney
12                                     ROBERT E. DUGDALE
                                       Assistant United States Attorney
13                                     Chief, Criminal Division
14
                                       _____
15                                     MARK C. KRAUSE
                                       Assistant United States Attorney
16
                                       Attorneys for Plaintiff
17                                     United States of America
18
    Dated: August  4 , 2010
19
20
21                                     _____
                                       SYLVIA TORRES-GUILLEN
22                                     Deputy Federal Public Defender
23                                     Attorney for Defendant
                                       LUIS MIJANGOS
24
25
26
27
28

                                       4