# EXHIBIT A

TR: Okay. Any other accounts?

LM: That is it.

JK: The other Gui_elt does that mean anything?

LM: It means something but I don't want to answer that question.

TR: Do you instant message at all? You are online a lot huh? Most people do.

LM: Like chatting with people as friends, no. But only for to get information for with other programmers.

TR: Okay. What chat rooms do you use?

LM: It is on Messenger.

TR: On Yahoo?

LM: It like 101 Conversation on Chat.

TR: Okay. And what is your screen name?

LM: It's the same email address. You connect through the email.

TR: Okay. Any other accounts online you use to communicate with people?

LM: No.

JK: What about any social networking, MySpace, Facebook?

LM: No. I don't use them.

TR: I thought everybody used them.

LM: That is for young people.

TR: My grandma has a Facebook.

**4146**

LM: That is different.

JK: Do you still do programming now?

LM: I am not programming right now, I am more into Photoshop and Flash Adobe.

JK: So, you are learning that now? What version are you using CS4?

TR: Do you have any accounts with NeoP.org?

LM: Yes.

TR: What are those accounts?

LM: Those are for my programs that I use. There are two programs, Remote Access Program or Rat programs. I use it for a program for Beefers or Biffers something like that, and the other one is Poison IB. Those are the two programs I use for those IPs. I don't know what IP you have but I can tell you what I have. I know my IP accounts.

TR: I can tell you.

JK: What do you use those programs for?

LM: Those are remote access programs you can access to a computer and check on…you can send the program to all person; if that person opens that program they have access to the computer.

TR: What is your account name on the IP?

LM: Mijangos 3. (UNT).

TR: Okay. So, what is your .org name?

LM: That one. I know its Mijangos.noip.org.

TR: Do you have any other accounts with them?

LM: No.

**4147**

LM: I am not saying necessarily six months or a year to make sure.

TR: I am a little confused. I thought you said, it was six months when it's cold there you are here. Okay that makes sense I guess.

JK: So, you got the driver's license in Oregon because you couldn't get one here?

LM: Yeah.

TR: Then you spend so much time there then? You may as well right?

LM: Yes.

JK: Do you have any kind of work or any kind of income?

LM: Yeah, I do programming.

JK: Who do you do programming for?

LM: For people that needs programs on their internet. Sometimes it is students they don't do their homework the last minute they need their programs to show their teacher.

JK: They would rather pay someone to do it then do it themselves.

LM: Or all the things like designing websites.

JK: You do website design?

LM: Yeah.

JK: What language do you do it in?

LM: Flash, HDML, CH6, Photoshop.

JK: So no server side programming PHP, active (UNT) or anything like that?

LM: I don't you PHP because I use (UNT) for the forms it is better and a more secure job.

4156

JK: Four months ago from now was the last time you talked to him? And how long did you talk to him prior to that?

LM: Months...I don't know can't remember...four months.

JK: And how did you meet him?

LM: I met him on the IRC Channel that I used to visit, CC Power.

JK: And what was CC Power? What is the purpose of that channel?

LM: That is a group of hackers.

JK: Do you know the term white hat and black hat?

LM: Yes.

JK: Which one were they?

LM: Black hats.

JK: They were black hats. So, what did you talk to them for, what was the purpose to chat with him?

LM: To make transfers, money transfers.

JK: So, when you say money transfers like who would receive them?

LM: I just can't tell you that.

JK: You just can't tell me that?

LM: Yeah.

TR: You said you used the program for (UNT) ID right?

LM: Yes.

**4160**

JK: You used Poison Ivy on someone's computer that didn't know you were using it on their computer?

LM: Basically those programs are to send it to massive people and the website gets infected, it's infected.

JK: So, everyone gets infected some how on your computer you see a list of all those people when it happens.

LM: Yeah. It's a remote access (UNT) program. Once the person or whoever opens the program then you have access to their computer.

JK: How many people's computer do you think you have access to?

LM: Honestly I don't use it for that purpose. If I have like now five it is a lot of people.

JK: Five at one time as far as people online at one time or five altogether?

LM: Altogether. The reasons why I use this process as me as a programmer, we have these programs called Crypters.

JK: How do you spell that? Subcriptors?

LM: Subscriptors. Actually the program is too big for us. It is protected by anti-virus programs and Microsoft security. So, you send the program just like that it's going to alert you guys there is a virus or something like that. So, with the programmers we create Cryptors we pass the program to the program that the person at IB creates he makes it undetectable from anti-virus and Microsoft. That is what I do. I create Cryptors and I share the Cryptors all over the net.

JK: So, do you create Cryptors from scratch or do you help work on open source Cryptors?

LM: Open source. We just modify the Cryptors.

JK: What is the purpose of modifying them then?

LM: To make the program undetectable.

**4161**

JK: If you just got an open source Cryptor off the net and used it, it would be detectable?

LM: Yes, most of the time yes. Because you share with thousands of people and the anti-virus programs they already know they have people all over the websites. Once you release one the anti-virus programs gets in and then and it's useless.

JK: So, you make these Cryptors undetectable remote access tools so somebody is wanting to use these tools. Who is the one using the remote access tools?

LM: Thousands of people.

JK: So, you are providing these Cryptors to thousands of people?

LM: (UNT) those are well known programs.

JK: Sure.

LM: The creators create it for legal purposes then people use it for illegal purposes.

JK: Have you ever used it for illegal purposes?

LM: Well, I believe I brought some lows when tried my programs because I get access to computers all these people's computer that they don't know. I am pretty sure about that.

JK: How did you distribute it to them?

LM: Special website.

JK: How did the victims computers get infected like emails or instant messages?

LM: I put it on a P2P network.

JK: They call it a video or something?

4162

because companies they don't give to out of the country. They collect (UNT) and asks the people who are receiving the packages. So, they say Manhattan told me, "I am going to order something, can you receive the package?" I say, "Alright. What do I get?" Well he said, "I am going to send you a phone, one for me and one for you. When you get it you just ship it to me." That is it. I am also aware that he uses credit cards that didn't belong to him.

JK: So, how many times did that happen?

LM: Many times with different stuff.

JK: But all through Manhattan?

LM: Yeah.

JK: Any idea how many things got shipped here, 20 or 200?

LM: I wouldn't say hundreds.

JK: You wouldn't say hundreds, okay.

LM: At least 15 times, between 15 and 10 times.

JK: Also earlier we talked about your GuiBLT account@hotmail. Our understanding is based on what we have seen as a group of hackers or maybe we don't know how many but more than one that you have been interfacing with so we are trying to find out more what is going on with that because if all this stuff goes back to them and you are the guy here, you are the guy we are going to look at for all of it. Especially we got the email address that GuiBLT@hotmail. So, what is going on? Is that a group of black hat hackers that you met on IRC or...

LM: That is my group. The bigger group is from CC Power. They are all over the world. The Dominican's, Spain, Mexico, here in the United States. But that is the main group about the credit cards information.

JK: What is Gui BLT is that just you or is that a group?

LM: Just me.

4168

JK: Right. I mean, it is obvious you know there was some cases that the police was contacted.

LM: Like three times.

JK: Three times that you know of?

LM: I suspected that they were going to call the police (UNT).

JK: Yeah, yeah.

TR: One of the girls you had a conversation with though right?

LM: Who?

TR: I don't remember which one but one of the girls called the police and you found out about it and told her you found out about it.

LM: Sometimes you don't really know if they are calling the police you just assume. You say, "You know what? I know you call the police."

TR: So, you were bluffing?

LM: No. But sometimes you just have to tell that to people. You just tell her like fucking around with the victims.

TR: Okay.

JK: So, the case that you know that the police were called…

LM: But I didn't know. I just made that up.

JK: Every time you never knew that the police was called.

LM: You suspect but you are not sure 100%.

JK: You probably saw emails that said, "I called the police". Or something like that because you can see all of their emails. You can do whatever you want. If they emailed somebody and said…

4183

JK: The professional photos?

LM: Yeah, yeah. And the reason why I told you know what, you better stop or I am going to send the pictures and post them all over the net because she started to tell all her friends and this guy who contact me he seems to be like or pretended to be like a police officer or an investigator and I said, "You know what? I am trying to help you and you are sending me this investigator to tell me a lot of shit. You better stop or I am going to post the pictures all over the net." That is true. That again seems like extortion but it wasn't. (UNT) our conversation.

JK: You are trying to protect yourself from what she was doing. A number of times you would like you send there are other occasions that you would log on to someone's Instant Messenger to people on their buddy list, was that targeted or would you put it on their buddy list and say, "Here check this out."

LM: I don't target specific people. It's more easy for...it's the easiest way to infect more people because let's say I am using your account and I contact your Mother and say, "Oh Mom, watch this video." She is going to trust you. She is never going to think that who is this guy? So, they opened the trust to brother, sister...

JK: Right. When you did that you actually had to log in and hear into their account or you remote controlled their computer to do stuff?

LM: Here or (UNT) outside.

JK: And then there was...

LM: I just want to make sure about the under age thing because I never done that. And you said, there were victims under age?

JK: Yes.

LM: Maybe I had access to their computer but I never checked anything.

JK: Okay.

4192

LM: No. I wouldn't do that. We just give everything for free but sometimes no more people…

JK: Who is we?

LM: The people who share this program.

JK: Because in some of your emails…

LM: May I finish?

JK: Yeah.

LM: Sometimes when a normal person knows nothing about computers they contact us and they say, "You know what man, can you get me a cryptor that is undetectable? I don't want a public version because I know it's going to last two or three days." And they pay us for new programs and they use. The way they use it is not my problem.

JK: So, what cryptor are you running off of?

LM: There are a lot of cryptor, thousands of them.

JK: Normally people would pay for one and go on it. What is your most recent one?

LM: It's called Colossus.

JK: Colossus?

LM: Process cryptor. And the names are from the people that created those cryptors.

JK: As I was saying, some of the emails we have seen…you were communicating with people you and that is what we are trying to figure out a story you told one of them that you were hired to paint pictures of this person. You told her that after, I think after you had obtained pictures of her.

LM: No.

4170

JK: About CC Powers, other than just the a Manhattan guy you were dealing with were you aware of anybody else that is doing that kind of stuff? I am not asking specifics, I am just asking if you are aware of other people on there. Like doing credit card scams, phishing scams, doing...

LM: Yeah, they do all of that.

JK: They get on there and brag about it or...

LM: We don't brag about it because if we brag about it we have the FBI involved.

JK: So, how do you know they are doing it then if they don't talk about it really?

LM: Honestly you have to earn it.

JK: Okay.

LM: It's like everything. First, when a new guy goes there they are going to send in for help because they don't know who that guy is. But you start doing business with them, they trust you and you are going to know everything about them.

JK: Did you do business with anyone other than Manhattan?

LM: Yes.

JK: What kind of business?

LM: The same.

JK: Just credit card scams?

LM: Yes.

JK: Same thing where you were having to receive packages for different types of scams? How many addition packages have you received other than...

**4203**

LM: Mexico, Romania, France, Russia.

JK: Any of them stay in the US?

LM: Never. (UNT).

JK: Do you have any idea how many other people on power doing kind of what you are doing?

LM: There are a lot of what do you call it, nukes. The real people that make business big and it's like 20.

JK: Twenty people? They are like Manhattan or they are like what you are doing?

LM: Manhattan is not a big guy. He just gets credit cards. But there are guys who can make around $30,000 a day.

JK: Wow.

LM: By doing money transfers, wire transfers.

JK: Like fraudulent ones like getting people's account numbers and transferring money around.

LM: Uh-huh.

JK: Wow. That is a lot of money. Has any of them tried to get you to do those things?

LM: I did it before.

JK: Before the package thing?

LM: The package thing is like how do you put it, part time job. It is always there.

JK: It is real easy.

4208

LM: About the banking stuff it is more difficult and it requires three or four people to work in one single price. So, everything gets a little (UNT) lets says you make $100,000 a week and you have to divide it between four people.

JK: Did you have to work with people in this area to do it or not do it?

LM: In the US I believe I am the only one from CC Power. That is why they have a lot of business with them because I am the only one in the United States.

JK: How much do you make doing that?

LM: I am not doing any right now.

JK: When you did the money transfers how much did you make back then?

LM: Back in the day it was like $3,000 a day.

JK: You were making that much? What did you do with all your money? Did you buy stuff or?

LM: Just spent the money.

JK: I don't see a big flat panel TV in here or anything?

LM: That is what my friends tell me all the time. You have this piece of shit computer.

JK: It's like something I have.

LM: Why don't you get a flat screen TV? I said, "I don't need it."

TR: So, you never contacted any of these girls with the intention of making them send you more pictures?

LM: Sometimes I sent emails saying things like that just to like the extortion thing. I sent emails to say bad things like that like stop talking shit or if you call the police I am going to do this and that. But my intentions was never to

4209

TR: No. This has her email attached to it and don't want...you very well might know what it is, but I am not going to let you know who the victims are more than what you already do.

JK: So, how long has this been going on?

LM: The how CC Power thing including the...

JK: Poison Ivy, how long has the Poison Ivy or anything similar to that?

LM: I don't believe more than six months. The CC Power it's been since 2002.

JK: 2002? Is that why you wanted to get into programming, you wanted to do more with that?

LM: No. I got into computer programming because I wanted to create video games. I wanted to develop video games.

JK: Do you play any video games? What kind of videos do you play?

LM: I like, I don't know if you know (UNT) video games. I wanted to create a video game like that.

JK: Do you play that on the computer or PX3?

LM: PX3.

TR: So at any point when you were extorting this women and terrorizing them did you feel guilty about that?

LM: First of all, I wasn't extorting those girls. Like I said, I was like defending myself and say those things in order to stop doing what they were doing.

TR: Except in the cases where the boyfriends paid you to do it.

LM: They paid me to do it just to get the programs and that is it.

4213

TR: She was your only friend. (UNT) with that. But that is not how you usually do it?

LM: No.

TR: Okay.

JK: How did you get involved with CC Powers?

LM: (UNT).

JK: Did you hear about it somewhere or something?

LM: There was a website, there is a website called Hackers.com. You go there for programming information stuff like that and a guy posted about CC Power there.

JK: Okay.

LM: Then I met this guy and he introduced me to CC Powers.

JK: What did you have to do for you initiation?

LM: Nah…this guy I met this guy and he started talking about he got credit cards from other people and then I said, you know what I need some credit cards to buy some soft ware. He said, alright. I gave him (UNT) hundred dollars and I will give you five. And that is how we started talking.

JK: Okay. Do you still have records of that stuff on your computer anywhere?

LM: I format my computer like every week.

JK: So, is that is yoursolamer the main account you have used to communicate stuff related to…

LM: No. The main account is what stuff?

JK: Anything CC Power related?

4225