# EXHIBIT B

Submission Report                                                      Page 1 of 5

 **ThreatExpert**

## Submission Summary:

▢ Submission details:
   ‣ Submission received: 18 December 2009, 05:57:14 PM
   ‣ Processing time: 6 min 44 sec
   ‣ Submitted sample:
      ∟ File MD5: 0x654E3AF78FDBD502A7B424C5094CFF0C
      ∟ Filesize: 324,096 bytes
      ∟ Alias: Trojan-Dropper.Win32.Agent.wez [Kaspersky Lab]

☑ Summary of the findings:

| What's been found | Severity Level |
|---|---|
| Produces outbound traffic. | ▓▓▓▓▓▓ |
| Creates a startup registry entry. | ▓▓▓▓▓▓ |
| Contains characteristics of an identified security risk. | ▓▓▓▓▓▓▓▓ |

## Technical Details:

▢ The new window was created, as shown below:



 **Possible Security Risk**

▢ **Attention!** Characteristics of the following security risk was identified in the system:

| Security Risk | Description |
|---|---|
| Backdoor.Bifrose | Backdoor.Bifrose is a backdoor trojan that attempts to propagate by exploiting local network shares. It will also attempt to join a predefined |

mhtml:file://E:\Tana\report2.mhtml                                    12/21/2009



> IRC server and channel in order to participate in DDoS attacks.

**Attention!** The following threat category was identified:

| Threat Category | Description |
|---|---|
|  | A malicious trojan horse or bot that may represent security risk for the compromised system and/or its network environment |

### File System Modifications

The following files were created in the system:

| # | Filename(s) | File Size | File MD5 | Alias / Other |
|---|---|---|---|---|
| 1 | %AppData% \addons.dat | 24,635 bytes | 0xA11CAC4EE9F564E10EFAC28840BDFACF | (not availabl |
| 2 | [file and pathname of the sample #1] | 324,096 bytes | 0x654E3AF78FDBD502A7B424C5094CFF0C | Trojan-Dropper.Win [Kaspersky l |
| 3 | %System% \windows\cpu1x.exe | 480,351 bytes | 0x069441BF8E103522FA13D82DEAA7CA8B | Trojan-Dropper.Win [Kaspersky l VirTool:Win3 W [Microsoft Dropper/Age [AhnLab] |
| 4 | %System% \windows\logg.dat | 0 bytes | 0xD41D8CD98F00B204E9800998ECF8427E | (not availabl |

**Notes:**
- %AppData% is a variable that refers to the file system directory that serves as a common repository for application-specific data. A typical path is C:\Documents and Settings\[UserName]\Application Data.
- %System% is a variable that refers to the System folder. By default, this is C:\Windows\System (Windows 95/98/Me), C:\Winnt\System32 (Windows NT/2000), or C:\Windows\System32 (Windows XP).



The following directory was created:
- %System%\windows

 **Memory Modifications**

⌧ There were new processes created in the system:

| Process Name | Process Filename | Main Module Size |
|---|---|---|
| cpu1x.exe | %System%\windows\cpu1x.exe | 41,851 bytes |
| demo.exe | %Temp%\IXP000.TMP\demo.exe | 41,851 bytes |
| [filename of the sample #1] | [file and pathname of the sample #1] | 335,872 bytes |

⌧ Notes:
  ‣ %Temp% is a variable that refers to the temporary folder in the short path form. By default, this is C:\Documents and Settings\[UserName]\Local Settings\Temp\ (Windows NT/2000/XP).

⌧ There were new memory pages created in the address space of the system processes:

| # | Process Name | Process Filename | Allocated Size |
|---|---|---|---|
| 1 | cpu1x.exe | %System%\windows\cpu1x.exe | 45,056 bytes |
| 2 | IEXPLORE.EXE | %ProgramFiles%\internet explorer\iexplore.exe | 344,064 bytes |

⌧ Notes:
  ‣ %ProgramFiles% is a variable that refers to the Program Files folder. A typical path is C:\Program Files.

 **Registry Modifications**

⌧ The following Registry Keys were created:
  ‣ HKEY_LOCAL_MACHINE\SOFTWARE\Microsoft\Active Setup\Installed Components\{585D771E-64CA-7AEE-2D86-CB0AC204FA44}
  ‣ HKEY_LOCAL_MACHINE\SOFTWARE\Bifrost
  ‣ HKEY_LOCAL_MACHINE\SYSTEM\ControlSet001\Control\MediaResources\msvideo
  ‣ HKEY_LOCAL_MACHINE\SYSTEM\CurrentControlSet\Control\MediaResources\msvideo
  ‣ HKEY_CURRENT_USER\Software\Bifrost

⌧ The newly created Registry Values are:
  ‣ [HKEY_LOCAL_MACHINE\SOFTWARE\Microsoft\Active Setup\Installed Components\{585D771E-64CA-7AEE-2D86-CB0AC204FA44}]
    ∟ stubpath = "%System%\windows\cpu1x.exe s"

    *so that* cpu1x.exe *runs every time Windows starts*
  ‣ [HKEY_LOCAL_MACHINE\SOFTWARE\Bifrost]
    ∟ nck = ED 1B E6 27 B9 28 D6 32 74 C3 CD 74 FA 93 5B 67



▸ [HKEY_CURRENT_USER\Software\Bifrost]

⌐ klg = 01

⌐ plg1 = EA 44 DC 02 A3 27 D7 5F 11 AD B9 07 DA F2 35 03 2A 35 8E 58 1B 0E
11 94 D4 F9 28 1F 11 4D 98 BC D2 64 44 8E CD F9 B9 BA 23 BD 45 ED 15 A6 77
AF B8 7C 04 4D 90 91 58 5F 81 61 19 72 00 4E 53 7A E1 AB E6 8B 30 CA 34 56
F9 AD AD F8 4D 41 0F F6 9F 90 A2 1

 **Other details**

▣ Analysis of the file resources indicate the following possible country of origin:



▣ To mark the presence in the system, the following Mutex objects were created:

▸ Bif1234

▸ Iexplore.XPExceptionFilter

▣ The following Host Name was requested from a host database:

▸ mijangos.no-ip.org

▣ There was a registered attempt to establish connection with the remote host. The connection
details are:

| Remote Host | Port Number |
| --- | --- |
| mijangos.no-ip.org | 81 |

▣ There was application-defined hook procedure installed into the hook chain (e.g. to monitor
keystrokes). The installed hook is handled by the following module:

▸ %ProgramFiles%\Internet Explorer\iexplore.exe

 **Outbound traffic**

▣ There was an outbound traffic produced on port 81:



Submission Report



All content ("Information") contained in this report is the copyrighted work of Threat Expert Ltd and its associated companies ("ThreatExpert") and may not be copied without the express permission of ThreatExpert.

The Information is provided on an "as is" basis. ThreatExpert disclaims all warranties, whether express or implied, to the maximum extent permitted by law, including the implied warranties that the Information is merchantable, of satisfactory quality, accurate, fit for a particular purpose or need, or non-infringing, unless such implied warranties are legally incapable of exclusion. Further, ThreatExpert does not warrant or make any representations regarding the use or the results of the use of the Information in terms of their correctness, accuracy, reliability, or otherwise.

Copyright © 2009 ThreatExpert. All rights reserved.



0311

Submission Report                                                    Page 1 of 4

  **ThreatExpert**

## Submission Summary:

▣ Submission details:
- ‣ Submission received: 18 December 2009, 06:03:19 PM
- ‣ Processing time: 8 min 22 sec
- ‣ Submitted sample:
  - ⌐ File MD5: 0x3AB66422F5A0DBF9BA2530D1B1C00C8F
  - ⌐ Filesize: 483,943 bytes
  - ⌐ Alias:
    - ⌐ Trojan-Dropper.Win32.Agent.wez [Kaspersky Lab]
    - ⌐ Backdoor:Win32/Bifrose.EY [Microsoft]
    - ⌐ Dropper/Agent.404480 [Ahnlab]

▣ Summary of the findings:

| What's been found | Severity Level |
|---|---|
| Produces outbound traffic. | ▭▭▭▭▭ |
| Creates a startup registry entry. | ▭▭▭▭▭ |
| Contains characteristics of an identified security risk. | ▮▮▮▮▮▮▮▮▮▮ |

## Technical Details:

 **Possible Security Risk**

▫ **Attention!** Characteristics of the following security risk was identified in the system:

| Security Risk | Description |
|---|---|
| Backdoor.Optix | Backdoor.Optix is a backdoor Trojan program which opens ports on the infected computer and allows the attackers to gain unauthorized access to the system. |

▫ **Attention!** The following threat category was identified:

| Threat Category | Description |
|---|---|
| | |

mhtml:file://F:\Tana\report4.mhtml                                    12/21/2009

0312



| | A malicious trojan horse or bot that may represent security risk for the compromised system and/or its network environment |
|---|---|

 **File System Modifications**

▣ The following files were created in the system:

| # | Filename(s) | File Size | File MD5 | Alias / Other Inf |
|---|---|---|---|---|
| 1 | %AppData%\addon.dat | 24,088 bytes | 0x92CF77718FB1A85B5ECF117E74AE754F | (not available) |
| 2 | [file and pathname of the sample #1] %Windir%\xmac\xmac.exe | 483,943 bytes | 0x3AB66422F5A0DBF9BA2530D1B1C00C8F | Trojan-Dropper.Win32.. [Kaspersky Lab] Backdoor:Win32 [Microsoft] Dropper/Agent.4 [AhnLab] |
| 3 | %Windir%\xmac\klog.dat | 0 bytes | 0xD41D8CD98F00B204E9800998ECF8427E | (not available) |

▣ Notes:

  ‣ %AppData% is a variable that refers to the file system directory that serves as a common repository for application-specific data. A typical path is C:\Documents and Settings\[UserName]\Application Data.

  ‣ %Windir% is a variable that refers to the Windows installation folder. By default, this is C:\Windows or C:\Winnt.

▣ The following directory was created:

  ‣ %Windir%\xmac

 **Memory Modifications**

▢ There were new processes created in the system:

| Process Name | Process Filename | Main Module Size |
|---|---|---|
| xmac.exe | %Windir%\xmac\xmac.exe | 45,056 bytes |
| [filename of the sample #1] | [file and pathname of the sample #1] | 45,056 bytes |

▢ **Attention!** The following process is intentionally **hidden** from the user:



| Process Name | Main Module Size |
|---|---|
| IEXPLORE.EXE | 102,400 bytes |

 **Registry Modifications**

- The following Registry Keys were created:
  - HKEY_LOCAL_MACHINE\SOFTWARE\Microsoft\Active Setup\Installed Components\{B2AD0E36-3803-3765-53D0-BC910E08818E}
  - HKEY_LOCAL_MACHINE\SOFTWARE\xmac
  - HKEY_LOCAL_MACHINE\SYSTEM\ControlSet001\Control\MediaResources\msvideo
  - HKEY_LOCAL_MACHINE\SYSTEM\CurrentControlSet\Control\MediaResources\msvideo
  - HKEY_CURRENT_USER\Software\xmac

- The newly created Registry Values are:
  - [HKEY_LOCAL_MACHINE\SOFTWARE\Microsoft\Active Setup\Installed Components\{B2AD0E36-3803-3765-53D0-BC910E08818E}]
    - stubpath = "%Windir%\xmac\xmac.exe s"

    *so that xmac.exe runs every time Windows starts*
  - [HKEY_LOCAL_MACHINE\SOFTWARE\xmac]
    - nck = ED 1B E6 27 B9 28 D6 32 74 C3 CD 74 FA 93 5B 67
  - [HKEY_CURRENT_USER\Software\xmac]
    - klg = 01
    - plg1 = EA 44 DC 02 A3 27 D7 5F 11 AD B9 07 DA F2 35 03 2A 35 8E 58 1B 0E 11 94 D4 F9 28 1F 11 4D 98 BC D2 64 44 8E CD F9 B9 BA 23 BD 45 ED 15 A6 77 AF B8 7C 04 4D 90 91 58 5F 81 3C 53 77 15 3A 79 25 E0 AB E6 8B 69 38 26 56 E4 E7 3F 84 EC 0B 9D 8A 88 FB 33 6

 **Other details**

- Analysis of the file resources indicate the following possible country of origin:



- To mark the presence in the system, the following Mutex object was created:
  - Bif7899

- The following Host Name was requested from a host database:
  - mijangos.no-ip.org



☐ There was a registered attempt to establish connection with the remote host. The connection details are:

| Remote Host | Port Number |
|---|---|
| mijangos.no-ip.org | 81 |

☑ There was application-defined hook procedure installed into the hook chain (e.g. to monitor keystrokes). The installed hook is handled by the following module:

‣ %ProgramFiles%\Internet Explorer\iexplore.exe

☐ Notes:

‣ %ProgramFiles% is a variable that refers to the Program Files folder. A typical path is C:\Program Files.

 **Outbound traffic**

☑ There was an outbound traffic produced on port 81:

```
00000000 | 9400 E300 E22D D667 CC44 A2D1 8C3F B32B | .....-.g.D...?.+
00000010 | 85E4 9867 5575 2B68 3D05 6CA1 64E6 BD5C | ...gUu+n=.1.d..\
00000020 | 84E6 D78C FF50 382F AD59 8612 13EE 62A4 | .....P8/.Y....b.
00000030 | 98DA 85B8 1A07 EAAA 15B1 4476 BF40 6F54 | ..........Dv.@oT
00000040 | 3D74 2A8B DC5D 1AFB 61C0 DAB9 BB8A 2187 | =t*..].a......1.
00000050 | B6BF 1CE7 FE75 691C 5C84 267F 95C3 F5CF | .....ui.\.&.....
00000060 | E028 E818 E2EB CB13 CFDA 2FED A90C BE61 | .(........./....a
```

All content ("Information") contained in this report is the copyrighted work of Threat Expert Ltd and its associated companies ("ThreatExpert") and may not be copied without the express permission of ThreatExpert.

The Information is provided on an "as is" basis. ThreatExpert disclaims all warranties, whether express or implied, to the maximum extent permitted by law, including the implied warranties that the Information is merchantable, of satisfactory quality, accurate, fit for a particular purpose or need, or non-infringing, unless such implied warranties are legally incapable of exclusion. Further, ThreatExpert does not warrant or make any representations regarding the use or the results of the use of the Information in terms of their correctness, accuracy, reliability, or otherwise.

Copyright © 2009 ThreatExpert. All rights reserved.



0315