# EXHIBIT D

| Item | Filtered Size (GB) | Full Size (GB) | CP | Mal | ID |
|---|---|---|---|---|---|
| CD1 | 0.003 | 0.003 | | | |
| CD2 | 0.063 | 0.063 | X | X | X |
| Glendale S/W | 0.063 | 0.063 | X | X | X |
| Hacker Filtered | 0.384 | 0.684 | | | |
| Important Two Filtered | 2.200 | 4.700 | X | X | X |
| QLA1 | 22.000 | 200.000 | X | | X |
| QLA2 | 0.173 | 160.000 | | X | X |
| QLA3 | 0.007 | 80.000 | | | |
| QLA5 | 1.300 | 50.000 | | | X |
| QLA6 | 0.256 | 60.000 | | X | |
| QLA11 | 0.018 | 1.000 | | | |
| QLA12 | 0.098 | 1.000 | | X | |
| QLA14 | 0.186 | 4.700 | X | | X |
| QLA40 | 0.000 | 4.000 | | | |
| QLA41 | 0.000 | 1.000 | | X | X |
| QLA42 | 0.009 | 40.000 | | X | X |
| | 26.759 | 607.213 | | | |